UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

CIVIL MINUTES -- GENERAL

Case No.     **CV 14-6234-MWF(GJSx)**                              Dated: **September 14, 2015**

Title:       Rene Herrera *-v-* Industrial Fumigant Company, LLC et al.

PRESENT:  HONORABLE MICHAEL W. FITZGERALD, U.S. DISTRICT JUDGE

|   Cheryl Wynn              |   None Present    |
|   Relief Courtroom Deputy  |   Court Reporter  |

ATTORNEYS PRESENT FOR PLAINTIFFS:     ATTORNEYS PRESENT FOR DEFENDANTS:

   None Present                          None Present

PROCEEDINGS (IN CHAMBERS):       COURT ORDER

   In light of the Notice of Settlement filed September 8, 2015, the Court sets a hearing on Order To Show Cause Re Dismissal for **October 19, 2015 at 11:30 a.m.**  If a stipulated dismissal is filed prior to this date, the matter will be taken off calendar and no appearance is needed.  *All other dates are hereby vacated.*

   **IT IS SO ORDERED.**

MINUTES FORM 90                                      Initials of Deputy Clerk   cw
CIVIL - GEN